AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 3:09cv218-DPJ-JCS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* Michael H. West

was received by me on *(date)* 8-23-11 .

☑ I served the subpoena by delivering a copy to the named person as follows: In Person at 316 Forrest St. Hattiesburg, MS

on *(date)* 8-31-11 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9-1-11

A. Jerome Gladney
*Server's signature*

A. Jerome Gladney
*Printed name and title*

P.O. Box 20652, Jackson, MS 39289
*Server's address*

Additional information regarding attempted service, etc:

AO 88B (Rev. 01/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| Steven Hayne ) | |
| *Plaintiff* ) | Civil Action No. 3:09cv218-DPJ-JCS |
| v. ) | |
| The Innocence Project; Peter J. Neufeld; Vanessa ) | (If the action is pending in another district, state where: |
| Potkin; and John Does 1-50 ) | |
| *Defendant* ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES

To: Dr. Michael H. West
    4312 West 4th Street, Hattiesburg, MS 39402-1003

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: See Exhibit A.

| Place: Wise Carter Child & Caraway, P.A., 401 E. Capitol Street, Ste. 600, Jackson, MS 39205 | Date and Time: 08/15/2011 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 7/25/11

CLERK OF COURT

_____   OR   _____
Signature of Clerk or Deputy Clerk          Attorney's signature

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* The Innocence Project et al
_____, who issues or requests this subpoena, are:

Paul E. Barnes, Wise Carter Child & Caraway, P.A., P.O. Box 651, Jackson, MS 39205; (601) 968-5538; PEB@wisecarter.com